**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Aral Restaurant Group of Fall River, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Friendly's Restaurant #689** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-5576203** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **352 Circuit St.**<br>**Norwell, MA 02061**<br>Number, Street, City, State & ZIP Code | **PO Box 128**<br>**Norwell, MA 02061**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Plymouth**<br>County | **Location of principal assets, if different from principal place of business**<br>**135 Marino Bishop Blvd. Fall River, MA 02721**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Aral Restaurant Group of Fall River, Inc.**                    Case number (*if known*) _____
           Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Aral Restaurant Group of Fall River, Inc.** _____    Case number (*if known*) _____
Name

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

| | **Statistical and administrative information** |
| --- | --- |

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
| --- | --- | --- |
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
| --- | --- | --- |
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   __Aral Restaurant Group of Fall River, In._____   Case number (*if known*) _____

    Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      9 25 2019
                  MM / DD / YYYY

X _____   Robert Arruda
    Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**

X _____   Date   9 . 26 . 19
    Signature of attorney for debtor                    MM / DD / YYYY

**Kate E. Nicholson 674842**
Printed name

**Nicholson P.C.**
Firm name

**21 Bishop Allen Dr.**
**Cambridge, MA 02139**
Number, Street, City, State & ZIP Code

Contact phone   **857.600.0508**    Email address   **knicholson@nicholsonpc.com**

**674842 MA**
Bar number and State

## ARAL MANAGEMENT GROUP OF FALL RIVER, INC.
## UNANIMOUS WRITTEN CONSENT OF SHAREHOLDERS

The undersigned, being all of the stockholders in Aral Management Group of Fall River, Inc., a Massachusetts corporation (the "Company"), do hereby adopt following resolutions in accordance with the laws of the Commonwealth of Massachusetts, the Company's Articles of Organization, and the Bylaws of the Company:

**RESOLVED:** That, it is desirable and in the best interests of the Company, its creditors, equity holders, and other interested parties, that the Company file a voluntary petition seeking relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts, for the purpose of restructuring its financial affairs and for all lawful purposes under the Bankruptcy Code;

**RESOLVED** That, Robert Arruda, acting in his capacity as President of the Company (the "President"), is hereby authorized to take all actions on behalf of the Company necessary to:

(i) prepare and file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code;

(ii) cause the Company to perform its functions and duties as a debtor in possession pursuant to the applicable provisions of the Bankruptcy Code;

(iii) take such steps as may be necessary or appropriate to the Company's Chapter 11 proceeding (including, without limitation, negotiating or otherwise obtaining court authority for use of cash collateral, postpetition financing, the assumption or rejection of executory contracts and unexpired leases, the sale or other disposition of property other than in the ordinary course of business, and preparation and proposal to creditors such plan as we or the President may deem feasible and in the best interest of the Company);

(iv) execute and file any pleadings, petitions, schedules and statements as may be deemed necessary or appropriate in connection with the bankruptcy case;

(v) execute such further documents and do such further acts as the President may deem necessary or appropriate with respect to the foregoing, the execution of any document or the doing of any act by the President in connection with such proceedings to be conclusively presumed authorized by this vote; and

(vi) designate other parties who may take necessary action on behalf of the Company.

**RESOLVED:** That, subject to the approval of the Court having jurisdiction of the Company's Chapter 11 case, the Company is authorized to retain Nicholson, P.C. as its bankruptcy counsel, and to pay a retainer to Nicholson, P.C.;

**RESOLVED** That, subject to the approval of the Court having jurisdiction of the Company's Chapter 11 case, the Company may engage, retain, and employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and, in connection therewith, the President, with power of delegation, is hereby authorized to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as needed;

**RESOLVED:** That any and all actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by the manager and sole member of the Company.

**RESOLVED:** That any and all actions heretofore or hereafter lawfully taken in the name of or on behalf of the Company by the President in furtherance of the purposes of the foregoing resolutions or in connection with the transactions contemplated therein are hereby ratified, confirmed, and adopted as the acts and deeds of the Company.

**RESOLVED:** That this *Unanimous Written Consent* may be executed in one or more counterparts and that scanned, faxed, and/or e-mailed copies shall suffice in lieu of original signatures.

**RESOLVED:** That the President, with power of delegation, shall cause a copy of these resolutions to be filed with the Company's records of the records of the meetings of stockholders.

**RESOLVED:**   That the President, with power of delegation, shall cause a  copy of these
resolutions to be filed with the voluntary petition for relief under Chapter 11
of the Bankruptcy Code.

In witness whereof, this Unanimous Consent has been executed on the date stated
below.

Dated:

9·25·19

Robert Arruda, President and Sole
Shareholder

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Aral Restaurant Group of Fall River, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABC Disposal Service** PO Box 50540 New Bedford, MA 02745 | | | | | | $2,121.54 |
| **ACE Service** 27766 Network Place Lockbox 27766 Chicago, IL 60673-1277 | | | | | | $422.60 |
| **Altametrics** PO Box 809123 Chicago, IL 60680 | | | | | | $378.35 |
| **Cape Cod Basesball League** | | | | | | $1,250.00 |
| **CliftonLarsonAllen LLP** PO Box 829709 Philadelphia, PA 19182 | | | | | | $1,390.67 |
| **Dupont Electric** 117 Highland St. North Dartmouth, MA 02747 | | | | | | $1,484.00 |
| **Ecolab Pest** PO Box 32027 New York, NY 10087 | | | | | | $1,143.58 |
| **Ecolap Dishwasher Repair** PO Box 32027 New York, NY 10087 | | | | | | $686.29 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Aral Restaurant Group of Fall River, Inc.**
_____    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Friendly's Franchising, LLC 1855 Boston Rd. Ste. 200 Wilbraham, MA 01095 | | | | | | $13,869.01 |
| Friendly's Restaurants, LLC 1855 Boston Rd., Ste. 200 Wilbraham, MA 01095 | | All assets | | $55,000.00 | $0.00 | $55,000.00 |
| Lisa and Sousa 5 Benefit St. Providence, RI 02904 | | | | | | $600.00 |
| Massachusetts Dept. of Revenue Bankruptcy Unit PO Box 9564 Boston, MA 02114-9564 | | Meals taxes | | | | $39,683.07 |
| Mood Media Morgan Coehen and Bacj 7225 N. Mona Lisa Rd., Ste. 200 Tucson, AZ 85741 | | | | | | $514.29 |
| National Grid P.O. Box 11737 Newark, NJ 07101-4737 | | | | | | $13,967.10 |
| North American 2010 Claire Ct. Glenview, IL 60025 | | | | | | $1,287.21 |
| Northern Bank and Trust Company 275 Mishawum Rd. Woburn, MA 01801 | | All assets | | $1,454,694.00 | $0.00 | $1,454,694.00 |
| NUCO PO Box 9011 Stuart, FL 34995 | | | | | | $296.57 |
| OnDeck 1400 Broadway New York, NY 10018 | | | | | | $5,461.52 |
| Suburban 16 Southwest Park Westwood, MA 02090 | | | | | | $705.98 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Aral Restaurant Group of Fall River, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ziosk Financial Services, LLC 12404 Park Central Dr. Ste. 350 Dallas, TX 75251** | | | | | | **$2,374.16** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
### District of Massachusetts

In re   **Aral Restaurant Group of Fall River, Inc.**

         Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 26, 2019**

/s/ Robert Arruda

**Robert Arruda/President**
Signer/Title

ABC Disposal Service
PO Box 50540
New Bedford, MA 02745

ACE Service
27766 Network Place
Lockbox 27766
Chicago, IL 60673-1277

Altametrics
PO Box 809123
Chicago, IL 60680

Cape Cod Basesball League


Claudette Arruda
352 Circuit St.
Norwell, MA 02061

CliftonLarsonAllen LLP
PO Box 829709
Philadelphia, PA 19182

Coca-Cola
PO Box 1578
Atlanta, GA 30301

Corporation Service Company, as Rep.
PO Box 2576
Springfield, IL 62708

Duponte Electric
117 Highland St.
North Dartmouth, MA 02747

Ecolab Pest
PO Box 32027
New York, NY 10087

Ecolap Dishwasher Repair
PO Box 32027
New York, NY 10087

Friendly's Franchising, LLC
1855 Boston Rd. Ste. 200
Wilbraham, MA 01095

Friendly's Restaurants, LLC
1855 Boston Rd., Ste. 200
Wilbraham, MA 01095

Lisa and Sousa
5 Benefit St.
Providence, RI 02904

Massachusetts Dept. of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

Mood Media
Morgan Coehen and Bacj
7225 N. Mona Lisa Rd., Ste. 200
Tucson, AZ 85741

National Grid
P.O. Box 11737
Newark, NJ 07101-4737

North American
2010 Claire Ct.
Glenview, IL 60025

Northern Bank and Trust Company
275 Mishawum Rd.
Woburn, MA 01801

NUCO
PO Box 9011
Stuart, FL 34995

OnDeck
1400 Broadway
New York, NY 10018

Suburban
16 Southwest Park
Westwood, MA 02090

Ziosk Financial Services, LLC
12404 Park Central Dr.
Ste. 350
Dallas, TX 75251

# United States Bankruptcy Court
## District of Massachusetts

In re  **Aral Restaurant Group of Fall River, Inc.**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Aral Restaurant Group of Fall River, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

September 26, 2019

Date

/s/ Kate E. Nicholson

**Kate E. Nicholson 674842**
Signature of Attorney or Litigant
Counsel for  **Aral Restaurant Group of Fall River, Inc.**
**Nicholson P.C.**
**21 Bishop Allen Dr.**
**Cambridge, MA 02139**
**857.600.0508 Fax:617.812.0405**
**knicholson@nicholsonpc.com**

# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re   <u>Aral Restaurant Group of Fall River, Inc.</u>

                                     Debtor(s)

Case No. _____

Chapter   <u>11</u>

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

I [We] _____<u>Robert Arruda</u>_____, *hereby declare(s) under penalty of perjury* that all of the information contained in <u>Aral Management Group of Fall River, Inc.'s Voluntary Petition and Creditors Matrix</u> (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:     *9/25/19*

Signed: _____
               Robert Arruda
               (Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:

Signed: _____
               Kate E. Nicholson 674842
               Attorney for Affiant